IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERMA JEAN DAVIS, Administratix
of the Estate of James L. Bailey, deceased,
and on behalf of the Wrongful Death
Beneficiaries                                                    PLAINTIFF

v.                          No. 2:19-cv-17-DPM

CAYENNE EXPRESS, INC.                                   DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2019